1  Allen Lichtenstein
   General Counsel, ACLU of Nevada
2  NV Bar No. 3992
   3315 Russell Road, No. 222
3  Las Vegas, Nevada 89120
   702-433-2666
4
   JoNell Thomas
5  NV Bar No. 4771
   606 S. 8th Street
6  Las Vegas, NV 89101
   702-471-6565
7
   Attorneys for the Plaintiffs
8

CV-S-04-1490-PMP-LRL

9

10                 UNITED STATES DISTRICT COURT

11                      DISTRICT OF NEVADA

12

13

14  KIMBERLY JACOBS, individually and through her father and    )
    next friend, DONALD JACOBS;  DONALD JACOBS individually )
    and on behalf of his minor daughter, KIMBERLY JACOBS;       )
15                                                              )
                          Plaintiffs                            )
16                                                              )
                                                                )
17  v                                                           )
                                                                )
18  CLARK COUNTY SCHOOL DISTRICT; SHEILA MOULTON;              )
    RUTH JOHNSON; DENISE BRODSKY; MARY BETH SCOW;              )
19  SUSAN BRAGER-WELLMAN; LARRY MASON; SHIRLEY                  )
    BARBER; as the BOARD OF TRUSTEES for the CLARK              )
20  COUNTY SCHOOL DISTRICT and their successors in office;      )
    CARLOS GARCIA, Superintendent of the Clark County School   )
21  District; EMELIO FERNANDEZ, JR., Principal of Liberty       )
    High School, Clark County, Nevada,                          )
22                                                              )
                          Defendants.                           )
23  _____ )

24                      **Verified Complaint**

25       Come now the Plaintiffs, by and through the undersigned attorneys, and file this Verified

26  Complaint for declaratory relief stating that NRS 392.458, CCSD Regulation 5131 (VI & VII) and

27  the Liberty High School mandatory school uniform requirement violate, both facially and as applied

28  by the Defendants: freedom of speech, establishment, free exercise of religion, equal protection and

    due process clauses of the United States Constitution and Article 1, Section 9 of the Nevada

Constitution. Moreover, the Liberty High School requirement violates Nevada state statute. In addition, Plaintiffs request injunctive relief to enjoin Defendants from enforcing these provisions, and to also enjoin Defendants from imposing any discipline on Plaintiff Kimberly Jacobs for failing to adhere to the Liberty High School requirement and allowing her to conform to the District wide policy as set forth in Clark County School District (CCSD) Regulation 5131 (IV). Plaintiffs also request that all records of discipline and academic penalty suffered by Plaintiff Kimberly Jacocbs be expunged. Plaintiffs also seek appropriate damages.

## I.    Introduction

1.    The Plaintiffs bring this action for declaratory and injunctive relief pursuant to 28 USC §2201 and 42 USC §1983 requesting that this Honorable Court declare NRS 392.458, CCSD Regulation 5131 (VI & VII) and the Liberty High School mandatory school uniform policy in violation of the First and Fourteenth Amendments to the U.S. Constitution, and Article 1, Section 9 of the Nevada Constitution, and that it enjoin the statute's enforcement by the Defendants.

2.    Because this cause of action involves federal constitutional claims, this Court has jurisdiction pursuant to 28 USC §1331.

3.    Venue is proper in the District of Nevada pursuant to 28 USC §1391.

4.    Because the Clark County School District is not an arm of the state, this suit is not barred by the Eleventh Amendment to the U.S. Constitution,. *See, Eason v. Clark County School District*, 303 F.3d 1137, 1145 (9th Cir. 2002); *See also Culinary Workers Union v. Del Papa*, 200 F.3d 614, 619 (9th Cir. 1999)

## II    Parties

5.    Plaintiff Kimberly Jacobs is a student at Liberty High School in the Clark County School District.

6.    Plaintiff Donald Jacobs is the father of Kimberly Jacobs.

7.    Defendant Clark County School District is a political entity authorized to educate the children in Clark County, Nevada.

8.    Defendants Moulton, Johnson, Scow, Brager-Wellman, Brodsky, Mason and Barber

1

1  are the Board of Trustees for the Clark County School District.  Defendant Garcia is District

2  Superintendent.

3       9.    Defendant Fernandez is the principal of Liberty High School.

4  **II    Facts**

5       10.    The Nevada Legislature has addressed the issue of school uniforms through

6  legislation that enables school districts to enact such policies. NRS 392.458 (Exhibit 1) states the

7  following:

8      "NRS 392.458. Authorization to establish policy of uniforms for pupils and dress

9      code for educational personnel; financial assistance for pupils to purchase uniforms

    1. The board of trustees of a school district may, in consultation with the schools

10      within the district, parents and legal guardians of pupils who are enrolled in the
    district, and associations and organizations representing licensed educational

11      personnel within the district, establish a policy that requires pupils to wear school
    uniforms.

12      2. The policy must:

13      (a) Describe the uniforms;

    (b) Designate which pupils must wear the uniforms; and

14      (c) Designate the hours or events during which the uniforms must be worn.

15      3. If the board of trustees of a school district establishes a policy that requires pupils
    to wear school uniforms, the board shall facilitate the acquisition of school uniforms

16      for pupils whose parents or legal guardians request financial assistance to purchase
    the uniforms.

17      4. The board of trustees of a school district may establish a dress code enforceable
    during school hours for the teachers and other personnel employed by the board of

18      trustees."

19       11.    Thus, Nevada law clearly states that any implementation of a school uniform policy

20  in Clark County must be made by the Board of Trustees. Moreover, such action can only take place

21  in consultation with schools, parents and school personnel, and must also devise a plan to provide

22  for financial assistance to poor families for purchasing mandatory uniforms.

23       12 .    The Clark County School District Regulation (CCSD)5131  (Exhibit 2) sets forth

24  District dress and appearance policies. District wide standards are contained in Section IV. In

25  addition, Sections VI and VII sets forth District policies and requirements for schools implementing

26  school uniform policies.

27       13.    CCSD Regulation,  5131,  Section VI (A) mandates parental participation and

28

1   approval for any school's decision concerning a school uniform requirement and financial assistance
2   for low income families.

3       14.    CCSD Regulation, 5131, Section VI (C)(3) mandates that no student not in
4   compliance with a uniform policy be penalized academically.

5       15.    CCSD Regulation, 5131, Section VI (C) 4 a provides an exception to school
6   uniform requirements when "a student wears the uniform of a nationally recognized youth
7   organization such as the Boy Scouts or the Girl Scouts" or "an approved school activity uniform such
8   as an athletic team uniform or performing group uniform."

9       16.    CCSD Regulation, 5131, Section VI (C) 4 b requires an opt out provision for
10   families with religious objections to uniforms.

11       17.    CCSD Regulation 6113.2 (III) states that:"Student initiated non-school sponsored
12   religious speech is acceptable in the public schools in the same manner as other free speech."

13       18.    Liberty High School's regulation mandating a school uniform (Exhibit 3) allows
14   students to wear only solid colored, white, red or blue tops and khaki bottoms.

15       19.    Liberty High School's regulation mandating a school uniform does not permit any
16   messages on shirts except those consisting of Liberty High School logos or designs.

17       20.    Defendant Fernandez has told Plaintiff Don Jacobs that Liberty High School's
18   regulation mandating a school uniform was not implemented with the use of any polls or other
19   survey of parents as mandated by CCSD Regulation 5131 (VI & VII), but that it was his sole
20   personal decision, because he believed the policy promoted a family atmosphere.

21       21.    Defendant Fernandez also told Don Jacobs that he (Fernandez) did not believe that
22   the Liberty High School regulation had to adhere to CCSD Regulation 5131 (VI & VII).

23       22.    Plaintiff Kimberly Jacobs has worn shirts to Liberty High School with messages
24   reflecting her Latter Day Saints (LDS) religious beliefs.

25       23.    Ms. Jacobs and her father have been told by Mr. Fernandez and other Liberty High
26   School officials that her religious message bearing shirts, although permissible under CCSD
27   Regulation 5131 (IV) are impermissible under the Liberty High School regulations because they
28   contain messages other than those of the school itself.

24.     Plaintiff Kimberly Jacobs has been disciplined by Liberty High School for wearing shirts with religious messages (Exhibit 4). This discipline includes in school suspension, and suspension from school on four separate occasions for a total of approximately 25 days.

25.     Ms. Jacobs has also been penalized academically for the classroom work she missed while prevented from attending class due to her suspensions for wearing shirts with religious messages (Exhibit 5).

26.     At no time was there any claim, assertion, suggestion or intimation that Ms. Jacobs created any disruption or created a situation where a disruption of the educational process was likely to occur. Plaintiffs have continually been told by Mr. Fernandez and other school officials that the sole reasons for imposing discipline on Ms. Jacobs was that her shirts with religious messages did not conform to the Liberty High School regulation that allows only pro school messages on shirts.

27.     Plaintiffs have observed that other Liberty High School students wearing message bearing shirts, including those with slogans touting the school's athletic teams, have not been disciplined .

28.     The issue of the treatment of Ms. Jacobs by Liberty High School for wearing shirts bearing religious messages has been discussed by the Board of Trustees of the Clark County School District on several occasions. Several Trustees have expressed displeasure at this action and have also expressed a desire that no student be disciplined for failure to adhere to a mandatory school uniform policy such as that at Liberty High School until such time as District Policy can be modified. On or about November 18, 2004, the Clark County School Board is scheduled to vote on a proposal that would rescind for the 2004-2005 school year, all school uniform policies that, like Liberty's, were adopted by the school without following District requirements as set forth in CCSD Regulation 5131 (VI & VII). However, despite the Board members' expressions of concern, no action has been taken to protect Ms. Jacobs and other students so situated.

29.     Liberty High School officials have informed the Plaintiffs that they will continue to take adverse actions against Ms. Jacobs unless and until she ceases to wear her shirts bearing religious messages. On October 26, 2004 Don Jacobs was told by the regional school superintendent that Kim had only three options: 1) to comply with the school uniform policy, 2) to be referred to

4

1   a school for students with behavioral problems or, 2) to leave Liberty High School for some home

2   schooling option. This was said despite the fact that Liberty High School personnel were aware of

3   the fact that the School Board has pending, a proposal that would rescind all school uniform policies

4   for the 2004-2005 school year that, like Liberty's, were not adopted pursuant to the requirements of

5   CCSD Regulation (VI and VII).

6         On  October 27, 2004 Donald Jacobs was told by Liberty High School that procedures had

7   been initiated to remove Kimberly Jacobs from Liberty High School to a school for students with

8   discipline problems,  even though no allegation that Kim's religious T-shirts have actually caused

9   or threatened to cause any disruption at school, was ever made.

10        30.    Liberty High School's mandatory school uniform policy is constitutionally invalid

11   both facially and as applied to Ms. Jacobs in that it violates the First and Fourteenth Amendments

12   to the United States Constitution concerning the rights to freedom of speech  and  the free exercise

13   of religion. It also is in violation of the requirements of  NRS 392.458 and of CCSD Regulation

14   5131.

15        31.    Because of the actions of Liberty High School officials and the inaction of the CCSD

16   Board of Trustees, Kimberly Jacobs has had her education interfered with for constitutionally

17   impermissible reasons and faces the very real threat of having such constitutionally untenable

18   punishment continue, unless immediate injunctive relief is granted.

19   **IV**    **Standing**

20        32.    Plaintiffs have standing in that Kimberly Jacobs has already been disciplined and

21   penalized academically for not adhering to the Liberty High School mandatory school uniform

22   requirement, including four separate suspensions from school. School officials have told Plaintiffs

23   of their intention to continue to impose such penalty.  Thus, the requirements for Article III standing

24   have been met.

25   **V.**    **Violations of the United States Constitution**

26      **A.**    **NRS 392.458**

27                         **First Cause of Action**
                               **(NRS 392.458)**

28    **Violation of the right of freedom of speech guaranteed**

**by the First and Fourteenth Amendments
to the United States Constitution**

33.     Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

34.     NRS 392.458  violates  the right to freedom of speech guaranteed by the First and Fourteenth Amendments to the United States Constitution, both facially and as applied by Defendants.

**Second Cause of Action
(NRS 392.458)
Violation of the right of free exercise of religion guaranteed
by the First and Fourteenth Amendments
to the United States Constitution**

35.     Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

36.     NRS 392.458 violates  the right to free exercise of religion guaranteed by the First and Fourteenth Amendments to the United States Constitution, both facially and  as applied by Defendants.

**Third Cause of Action
(NRS 392.458)
Violation of the Equal Protection Clause of
the  Fourteenth Amendment
to the United States Constitution.**

37.     Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

38.     NRS 392.458 violates the equal protection clause of the Fourteenth Amendment to the United States Constitution, both facially and  as applied by Defendants.

**Fourth Cause of Action
(NRS 392.458)
Violation of the right to due process of
guaranteed by the
to the United States Constitution.**

39.     Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

40.     NRS 392.458 violates the equal protection clause of the Fourteenth Amendments to the United States Constitution, both facially and as applied by the Defendants.

**Fifth Cause of Action
(NRS 392.458)
Vagueness and overbreadth**

6

1    41.    Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

2    42.    NRS 392.458 is unconstitutionally vague and overbroad.

3    **B.    CCSD Regulation 5131 (VI & VII)**

4
**Sixth Cause of Action**
**(CCSD Regulation 5131 (VI & VII))**
**Violation of the right of freedom of speech guaranteed**
5    **by the First and Fourteenth Amendments**
**to the United States Constitution**
6

7    43.    Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

8    44.    CCSD Regulation 5131 (VI & VII) violates the right to freedom of speech

9    guaranteed by the First and Fourteenth Amendments to the United States Constitution, both facially

10    and as applied by Defendants.

11
**Seventh Cause of Action**
**(CCSD Regulation 5131 (VI & VII))**
12    **Violation of the establishment clause and right of free exercise of religion**
**guaranteed by the First and Fourteenth Amendments**
13    **to the United States Constitution**

14    45.    Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

15    46.    CCSD Regulation 5131 (VI & VII) violates the establishment clause and the right to

16    free exercise of religion guaranteed by the First and Fourteenth Amendments to the United States

17    Constitution, both facially and as applied by Defendants.

18
**Eighth Cause of Action**
**(CCSD Regulation 5131 (VI & VII))**
19    **Violation of the Equal Protection Clause of**
**the Fourteenth Amendment**
20    **to the United States Constitution.**

21    47.    Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

22    48.    CCSD Regulation 5131 (VI & VII) violates the equal protection clause of the

23    Fourteenth Amendment to the United States Constitution, both facially and as applied by

24    Defendants.

25
**Ninth Cause of Action**
**(CCSD Regulation 5131 (VI & VII))**
26    **Violation of the right to due process of**
**guaranteed by the**
27    **to the United States Constitution.**

28    49.    Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

1      50.     CCSD Regulation 5131 (VI & VII) violates the  the right to due process of

2  guaranteed by the to the United States Constitution. equal protection clause of the  Fourteenth

3  Amendments to  the United States Constitution, both facially and as applied by the Defendants.

**Tenth Cause of Action**
**(CCSD Regulation 5131 (VI & VII))**
**Vagueness and overbreadth**

6      51.     Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

7      52.     CCSD Regulation 5131 (VI & VII) is unconstitutionally vague and overbroad.

8     **C.**     **Liberty High School mandatory school uniform requirement**

**Eleventh Cause of Action**
**(Liberty High School mandatory school uniform requirement)**
**Violation of the right of freedom of speech guaranteed**
**by the First and Fourteenth Amendments**
**to the United States Constitution**

12      53.     Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

13      54.     The Liberty High School mandatory school uniform requirement violates the right

14  to freedom of speech guaranteed by the First and  Fourteenth Amendments to the United States

15  Constitution, both facially and as applied by Defendants.

**Twelfth Cause of Action**
**(Liberty High School mandatory school uniform requirement)**
**Violation of the right of free exercise of religion guaranteed**
**by the First and Fourteenth Amendments**
**to the United States Constitution**

19      55     Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

20      56.     The Liberty High School mandatory school uniform requirement violates the right to

21  free exercise of religion guaranteed by the First and  Fourteenth Amendments to the United States

22  Constitution, both facially and  as applied by Defendants.

**Thirteenth  Cause of Action**
**(Liberty High School mandatory school uniform requirement)**
**Violation of the Equal Protection Clause of**
**the  Fourteenth Amendment**
**to the United States Constitution.**

26      57.     Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

27      58.     The Liberty High School mandatory school uniform requirement violates the equal

28  protection clause of the Fourteenth Amendment to  the United States Constitution, both facially and

8

1   as applied by Defendants.

**Fourteenth Cause of Action**
**(Liberty High School mandatory school uniform requirement)**
**Violation of the right to due process of**
**guaranteed by the**
**to the United States Constitution.**

59.   Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

60.   The Liberty High School mandatory school uniform requirement violates the right to due process guaranteed by the United States Constitution, both facially and as applied by the Defendants.

**Fifteenth Cause of Action**
**(Liberty High School mandatory school unifrom requirement)**
**Vagueness and overbreadth**

61.   Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

40.   The Liberty High School mandatory school uniform requirement is unconstitutionally vague and overbroad.

**VI   Violations of the Nevada Constitution**

**Sixteenth Cause of Action**
**(NRS 392.458)**
**Violation of Article 1, Section 9**
**of the Nevada Constitution**

62.   Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

63.   NRS 392.458 violates Article 1, Section 9 of the Nevada Constitution.

**Seventeenth Cause of Action**
**(CCSD Regulation 5131 (VI & VII))**
**Violation of Article 1, Section 9**
**of the Nevada Constitution**

64.   Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

65.   CCSD Regulation 5131 (VI & VII) violates Article 1, Section 9 of the Nevada Constitution violates Article 1, Section 9 of the Nevada Constitution.

**Eighteenth Cause of Action**
**(Liberty High School mandatory school uniform requirement)**
**Violation of Article 1, Section 9**
**of the Nevada Constitution**

66.   Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

67.   The Liberty High School mandatory school uniform requirement violates Article 1,

1   Section 9 of the Nevada Constitution.

2   **VII    State law violations**

3

**Ninteenth Cause of Action**
**(CCSD Regulation 5131 (VI & VII))**
**Violation of state law**

4

68.    Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

5
69.    CCSD Regulation 5131 (VI & VII) violates NRS 392.458

6

**Twentieth  Cause of Action**
**(Liberty High School mandatory school uniform requirement)**
**Violation of state law**

7

8

70.    Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

9

71.    The Liberty High School mandatory school uniform requirement violates NRS

10
392.458.

11

**Twenty-first Cause of Action**
**Violation of the right to an education**

12

13

73.    Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

14

74.    Defendants' actions have illegally deprived Kimberly Jacobs to her right to an

15
education.

16

17

**Twenty-second cause of action**
**intentional infliction of emotional distress**

18

75.    Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

19

76.    Defendants' actions have caused Kimberly Jacobs to suffer significant emotional

20
harm.

21

**Twenty-third cause of action**
**Interference with parental rights**

22

23

77.    Plaintiffs reallege and incorporate by reference herein the allegations set forth above.

78.    Defendants' actions have illegally interfered with Plaintiff Donald Jacobs' right to

24
raise

25
his child in the manner he sees fit.

26
WHEREFORE, Plaintiffs' request this Honorable Court for the following:

27
a.    a declaration that NRS 392.458, CCSD Regulation 5131 (VI & VII) and the Liberty

28

10

1  High School mandatory school uniform requirement violate, both facially and as applied by the

2  Defendants, the free speech clause of the First Amendment to the United States Constitution;

3       b.    a declaration that NRS 392.458, CCSD Regulation 5131 (VI & VII) and the Liberty

4  High School mandatory school uniform requirement violate, both facially and as applied by the

5  Defendants, the free  exercise of religion clause of the First Amendment to the United States

6  Constitution;

7       c.    a declaration that NRS 392.458, CCSD Regulation 5131 (VI & VII) and the Liberty

8  High School mandatory school uniform requirement violate, both facially and as applied by the

9  Defendants, the equal protection clause of the First Amendment to the United States Constitution;

10       d.    a declaration that NRS 392.458, CCSD Regulation 5131 (VI & VII) and the Liberty

11  High School mandatory school uniform requirement violate, both facially and as applied by the

12  Defendants, the  right to due process of law guaranteed by the United States Constitution;

13       e.    a declaration that NRS 392.458, CCSD Regulation 5131 (VI & VII) and the Liberty

14  High School mandatory school uniform requirement violate, both facially and as applied by the

15  Defendants, Article 1, Section 9 of the Nevada Constitution;

16       f.    a declaration that CCSD Regulation 5131 (VI & VII) and the Liberty High School

17  mandatory school uniform requirement violate, NRS 392.458, both facially and as applied by the

18  Defendants;

19       g.    an injunction prohibiting enforcement of NRS 392.458, CCSD Regulation 5131 (VI

20  & VII) and the Liberty High School  mandatory school uniform requirement.

21       h.    an injunction to prohibit the Defendants from taking any disciplinary action against

22  Plaintiff Kimberly Jacobs, or to punish her academically for failure to adhere to the  Liberty High

23  School mandatory school uniform requirement, as long as she adheres to the provisions contained

24  in CCSD Regulation 5131 (IV).

25       i.    an order reversing any disciplinary action against  Plaintiff Kimberly Jacobs, or any

26  for academic punishment or   to adhere to the  Liberty High School  mandatory school uniform

27  requirement, and expunging such information from her academic records;

28       j.    damages in an amount to be determined  at the time of trial;

1    h.      reasonable costs and attorneys fees;

2    i.      any further relief the Court deems appropriate.

3    Dated this 28th day of October 2004:

4    Respectfully submitted by:

5    _____

6    Allen Lichtenstein                          JoNell Thomas
     General Counsel, ACLU of Nevada             NV Bar No. 4771
7    NV Bar No. 3992                             616 S. Eighth Street
     3315 Russell Road, No. 222                  Las Vegas, NV 89101
8    Las Vegas, Nevada 89120                     (702) 471-6565
     (702) 433-2666
9                                                Attorneys for Plaintiffs

10

11

12                        **VERIFICATION**

13        Donald Jacobs, hereby makes the following declaration:  (1) he is  a Plaintiff in the above

14   titled action, (2)  he has read the foregoing  Complaint and knows the contents thereof, and (3)  the

15   same is true of his own knowledge except for those matters therein stated on information and belief.

16   Dated this  28th  day of October 2004.

17

18

19   _____

20                        **VERIFICATION**

21

22

23        Kimberly Jacobs, hereby makes the following declaration:  (1) she is  a Plaintiff in the above

24   titled action, (2)  She has read the foregoing  Complaint and knows the contents thereof, and (3)  the

25   same is true of her own knowledge except for those matters therein stated on information and belief.

26   Dated this  28th  day of October 2004.

27

28

                                             12

Exhibit 1

tatior          Search Result          Rank 1 of 2          Database
 ST 392.458                                                  NV-ST-ANN
.R.S. 392.458

XT

NEVADA REVISED STATUTES
TITLE 34. EDUCATION
CHAPTER 392. PUPILS
HEALTH, SAFETY AND DISCIPLINE OF PUPILS
COPR. © The text of the Nevada Revised Statutes appearing in this database
was produced from computer tapes provided by the Nevada Legislative Council
Bureau and is subject to a claim of copyright by the State of Nevada.
Current through 1997 Reg. Sess., adj. July 7, 1997.

2.458 Authorization to establish policy of uniforms for pupils and dress code
r educational personnel; financial assistance for pupils to purchase uniforms.

1. The board of trustees of a school district may, in consultation with the
hools within the district, parents and legal guardians of pupils who are
rolled in the district, and associations and organizations representing
censed educational personnel within the district, establish a policy that
quires pupils to wear school uniforms.
2. The policy must:
(a) Describe the uniforms;
(b) Designate which pupils must wear the uniforms; and
(c) Designate the hours or events during which the uniforms must be worn.
3. If the board of trustees of a school district establishes a policy that
quires pupils to wear school uniforms, the board shall facilitate the
quisition of school uniforms for pupils whose parents or legal guardians
quest financial assistance to purchase the uniforms.
4. The board of trustees of a school district may establish a dress code
forceable during school hours for the teachers and other personnel employed by
e board of trustees.
EDIT

dded to NRS by 1997, 2488)

        <General Materials (GM) - References, Annotations, or Tables>

 R. S. 392.458
 ST 392.458
D OF DOCUMENT

Copr. © West 1998 No Claim to Orig. U.S. Govt. Works

Exhibit 2

## CLARK COUNTY SCHOOL DISTRICT REGULATION

5131

DRESS AND APPEARANCE

I.    Community Standards

The Clark County School District reserves the right to insist that the dress and grooming of students are within the limits of generally accepted community standards and that students shall be required to show proper attention to personal cleanliness.

II.    Educational Environment

Student's dress, personal appearance, and conduct are required to be of such character as not to disrupt or detract from the educational environment of the school. Any style which tends to diminish instructional effectiveness or discipline control by teachers is not acceptable.

III.    Responsibility

The school administration shall have the right to designate which types of dress, fashion, fads, or appearance disrupt or detract from the educational program and may be a potential safety hazard.

IV.    Information

Handbooks and/or newsletters prepared at each organizational level (elementary, junior high, or senior high) shall express uniformity on specific requirements and prohibitions.   Each school will be responsible for in-service activities to acquaint students and staff with the enforcement procedures of these requirements. Notifications of dress code changes occurring during the school year, shall be sent promptly to parents.  Statements shall be included which:

A.    Require the wearing of shoes with soles.

B.    Prohibit wearing crop tops (no skin showing between bottom of shirt/blouse and top of pants or skirts), strapless, low-cut clothing, clothing with slits, or tops and outfits that provide minimum coverage.

C.    No spaghetti straps permitted; all sleeveless shirts must have straps at least three inches wide and cover the shoulder.

D.    Require that all shorts, skirts, and dresses must be at fingertip length.  If shorts are worn, they must be hemmed and without fraying.

E.    Prohibit the wearing of headgear on campus except for designated school approved uniforms or at authorized athletic practices or activities.

5131 (Page 2)

F.    Prohibit slogans or advertising on clothing which by their controversial or obscene nature disrupt the educational setting. No spiked or studded clothing.

G.    Coats, mittens, and scarves must be removed upon entering the classrooms.

V.    Special Occasions

The principal shall retain the authority to grant exceptions for special occasions and/or special conditions.

VI.    It is the intent of the Board of School Trustees to establish a pilot program for mandatory school uniforms at Frank Lamping, John C. Vanderburg, Neil C. Twitchell, C. T. Sewell, and Marlan J. Walker Elementary Schools, according to the following provisions. The administration of those schools will provide a report and recommendations to the Board of School Trustees after the program is in place for six months.

A.    General Information
1.    The Board of School Trustees may allow specific schools within the district to establish a policy that requires pupils to wear school uniforms for the purpose of increasing student achievement. Each school, which chooses to participate, will separately determine its involvement, appropriate uniform, programs for financial assistance, and work with members of the school community to ensure community involvement.

2.    A school which chooses to implement a mandatory school uniform policy, must survey all families at the school. At least fifty-one (51) percent of the surveys must be returned with a seventy percent favorable response supporting school uniforms from the respondents.

3.    The survey shall pose the sole question as to whether the parent(s) would support the school adopting a mandatory school uniform policy.

4.    The implementation of a mandatory school uniform policy at a specific school site must adhere to the parameters as set forth by this regulation.

B.    Mandatory Student Uniform Requirements Are:

| MALES | FEMALES |
|---|---|
| pants  (no jeans) | pants  (no jeans) |
| shorts (no jeans) | shorts (no jeans) |
| sweaters worn over approved shirts | sweaters worn over approved shirts |
| jackets (school option) | jackets (school option) |
| sweatshirts/sweat suits | sweatshirts/sweat suits |
| (plain or school logo) | (plain or school logo) |
| shirts (long- or short-sleeved, | shirts (long- or short-sleeved, |
| logo free or school logo) | logo free or school logo) |
| | skirts or skorts (no jeans) |

jumpers  (no jeans)
blouses (long- or short-sleeved,
logo free or school logo)

Basic colors of khaki, navy, and white will be required at all mandatory  uniform schools.  Optional color(s) may be added.

C.    Compliance Measures

1.    All students enrolled in site-specific schools that have determined to implement a mandatory student uniform policy are required to wear the adopted school uniform.

2.    Each school shall develop positive reinforcement measures to encourage full compliance with the uniform policy.  Each school should strive to achieve full compliance through use of positive reinforcement measures, and should resort to disciplinary action only when positive measures fail to ensure compliance.  In addition, schools shall communicate with parents so that expectations, rationale, and benefits are fully understood by the student and his/her family.

3.    Since the intent of the policy is not to inhibit or prohibit any student who is not in uniform from receiving the education to which he/she is entitled, no student shall receive a lowered academic grade as a result of not complying with the policy.  In addition, prior to initiating any disciplinary action against a student not complying with the policy, a conference with the parent must be held with a school administrator.

a.    Conference with student and give opportunity to change into a uniform.

b.    Continued violations will result in progressive disciplinary action in alignment with school-based progressive discipline plan.

4.    No student shall be considered noncompliant with the policy in the following instances:

a.    When a student wears the uniform of a nationally recognized youth organization such as the Boy Scouts or the Girl Scouts on regular meeting days, or an approved school activity uniform such as an athletic team uniform or performing group uniform.

b.    When wearing a school uniform violates a student's/parent's religious belief.

5131 (Page 4)

5.    Students will be expected to wear the school approved mandatory student uniform during regular school hours while in attendance at the school or school approved functions. Regular school hours are considered to be the accepted regular school academic day. The principal shall retain the authority to grant exceptions for special occasions and/or special events.

6.    Parents who choose not to have their child participate in the school uniform program will be considered eligible to apply for a zone variance under applicable district regulations.

D.    Information Dissemination

It is the responsibility of the school to communicate to parents information including general guidelines for enforcement of the uniform policy.

E.    Financial Considerations

1.    No students shall be denied attendance at school, penalized, or otherwise subject to compliance measures for failing to wear a uniform by reason of financial hardship.

2.    Each school shall:

a.    Develop a procedure to identify families in need of financial assistance.

b.    Work with staff, the local school community and business partners to identify resources for assisting families.

c.    Assist those identified families to purchase the approved uniform.

VII.    Mandatory Student Uniform Policy Determination Procedure

Parental support for a mandatory student uniform policy is critical for its implementation and success. Therefore, parent's/guardian's involvement in the decision-making process must take place throughout the procedure.

Prior to the implementation of a mandatory student uniform policy the individual school considering such a policy will:

A.    Ensure student/parent/staff input and involvement throughout the decision-making process.

5131 (Page 5)

B.   Thoroughly review with students/parents/staff available research on the advantages/disadvantages of a mandatory student uniform policy. In particular, emphasis of the effect of student uniforms upon the education environment including student learning, instructional effectiveness, and student discipline shall be discussed.

C.   Openly communicate with students/parents/staff all issues of a mandatory student uniform policy actively seeking their input, suggestions, and recommendation.

D.   If a school has met the criteria provided for in Section VI (A) the principal with the approval of the region superintendent will determine whether to implement a mandatory school uniform policy.

E.   Notification of the final decision will be appropriately distributed to students, parents, and staff. In order to give students/parents/staff and the school adequate time to plan for the opening of the school year, notification of the final decision will be disseminated prior to the end of the current school year of any given calendar year.

F.   Should a decision be made to implement a mandatory student uniform policy, a site-based committee of students, parents, staff, and administrators will be responsible for site-based uniform options as provided for by this regulation.

Review Responsibility:       Instruction Unit
Adopted:                     [5132:8/11/66]
Revised:                     (3/13/80; 8/13/81; 7/12/84; 5/7/87; 6/9/88; 8/25/92; 5/14/96;
                             7/24/97; 4/23/98; 7/22/99; 7/11/02, 7/10/03)
Pol Gov Rev:                 6/28/01

Exhibit 3

# LIBERTY HIGH SCHOOL
## CAMPUS WARDROBE
## BASIC GUIDELINES

*<u>PANTS, SHORTS, SKIRTS, SKORTS & CAPRIS WILL BE TAN (KAUKI)</u>*

(SHORTS, SKORTS AND SKIRTS HAVE TO BE FINGER TIP LENGTH)

*<u>TOPS MUST BE SOLID COLOR PLAN RED, WHITE OR NAVY BLUE</u>*
*<u>INCLUDES T-SHIRTS, POLO SHIRTS AND DRESS SHIRTS.</u>*

EXCEPTION: (LOGOS ON TOPS WILL BE EXCEPTED ONLY IF THEY ARE
LIBERTY HIGH SCHOOL LOGOS OR DESIGNS)

*<u>SHOES</u>*
<u>FLIP FLOPS ARE NOT ALLOWED</u>

THE LIBERTY CAMPUS WARDROBE MUST FOLLOW THE CLARK COUNTY SCHOOL
DISTRICT'S GUIDELINES FOR SCHOOL ATTIRE.

ANY QUESTIONS ABOUT CAMPUS WARDROBE SHOULD BE DIRECTED TO THE DEANS OFFICE.

Exhibit 4

9998 - 50080E

CCF-806
Rev 5/03

## CLARK COUNTY SCHOOL DISTRICT
# NOTICE OF SUSPENSION

The Parent or Guardian of

TO:  Kimberley Jacobs               SCHOOL: Liberty High School #565          DATE:  9/17/04

1   This is to notify you that _____ Kimberley Jacobs _____ Student # 407092 (Date of Birth) 8/29/87
    has been SUSPENDED from school.

2.  Your child was suspended for the following infraction:

      **Failure to follow school rules        (09)**

3.  Your child may not return to school until (date): Thursday, September 23, 2004  (3 days)

4.  During the suspension, your child will be given the opportunity to make up work missed. It is your responsibility to
    contact his/her counselor to make arrangements for appropriate subjects.

Received:  X Kimberly Jacobs                                    9/17/04
                    Student's Signature                                          Date

            11662 Stivali St
Address:  Las Vegas, NV 89123                    Phone:  896-2699    Grade:  11

Parent notified:   9/17/04        10:15 am
                        Date            Time                          Administrative Signature

### SUSPENSION

Suspension is the temporary removal of a student from school when circumstances are such that he/she can no longer be kept in school without risk of detriment to the educational program or to himself/herself. The primary purpose of suspension is to give the student, his/her parents, and the school the time needed for resolving a problem. Please be assured that the school is interested in arriving at a solution as quickly as possible. Your understanding and cooperation in helping to solve this problem will be greatly appreciated.

Students suspended for acts of violence, battery to a school district employee or another student, selling or attempting to sell a controlled substance, arson, extortion or robbery, or possession of a weapon, are not allowed on a school campus or any school sponsored activity without the express prior permission of the school principal.

### To Be Read To Student By Administrator

(*Important Please Note*: To be read ONLY to students over the age of 8 suspended for violence, battery, selling or attempting to sell a controlled substance, arson, extortion, robbery, or possession of a weapon.)

**"As the duly appointed representative of the owner of all school district property, I hereby warn you that should you come on this property or any school district property during the term of this suspension without the express prior permission of the principal, you will be trespassing upon this property as defined by the Nevada Revised Statute 207.200, and may be subject to arrest for a misdemeanor."**

_____        9/17/04    Suspension Effective:    9/17/04  1:15 pm
Principal's Signature              Date

Date of Parent Conference:   9/17/04    Date Return to Regular School:         9/23/04

Recommendation:

       Behavior Program: _____ Expulsion: _____ Exemption: _____ Testing Evaluation _____
       Other (designate): _____

9998 · 503805

CCF-805
Rev 12/03

CLARK COUNTY SCHOOL DISTRICT

# NOTICE OF REQUIRED PARENT CONFERENCE

TO    The Parent or Guardian of        SCHOOL  Liberty High School  #565
Kimberley Jacobs                       DATE      September 30, 2004      TIME     7 15 AM

1.   This is to notify you that before your child,  _____  **KIMBERLEY JACOBS**  _____
     (Date of Birth  8/29/87)    (Student # 407092) can return to school, a parent conference must be scheduled
     for the following reason(s):

     Dress Code

2.   A conference <u>must</u> be scheduled within three (3) school days to discuss resolution of the problem
     identified above. A student's absence during this period will not be counted toward the maximum number
     of allowed absences. If a parent conference has not been scheduled within three (3) school days,
     absences will be counted toward the maximum number allowed. **The student should accompany the
     parent to the meeting.**

     Please call  _____  the Deans' Office  _____  Phone No.  ____  799-2270, Ext. 4500  ____

     to arrange an appointment with   Mr. Bellow, Dean of Students

3.   A conference must be scheduled prior to your child's return to school. If a conference is not held within
     the next three (3) school days, your child *may be* formally suspended from school until the problem(s) is
     resolved.

4.   Students on Required Parent Conference are not allowed on a school campus or at any school sponsored
     activity, except to attend the Required Parent Conference meeting with the parent, without the express
     prior permission of the school principal.

## <u>To Be Read To The Student By An Administrator</u>

(*Important Please Note*: To be read <u>ONLY</u> to students over the age of 8 suspended for violence, battery, selling or attempting
to sell a controlled substance, arson, extortion, robbery, or possession of a weapon.)

     ' **As the duly appointed representative of the owner of all school district property, I hereby warn you
     that should you come on this property prior to the parent conference without the express prior
     permission of the principal, you will be trespassing upon this property as defined by the Nevada
     Revised Statute 207.200, and may be subject to arrest for a misdemeanor."**

_____        9/30/04     Effective Time  ____  7:15 AM  ____
School Administrator's Signature          Date
                                      Received  X   Kim berly Jacobs (under protest
                                                    Student's Signature
_____      Address    11662 Stivali St, Las Vegas, NV 89123
Date Conference Held
                                      Phone       896-2699                   Grade    11
_____      Parent notified by phone  9/30/04    7:10 am
Readmit · Date/Time                                              Date       Time

Distribution:   White · Student     Yellow · School File     Pink · Parent     Gold · Counselor

9998 - 500605

CCF-805
Rev 12/03

CLARK COUNTY SCHOOL DISTRICT

# NOTICE OF REQUIRED PARENT CONFERENCE

TO    The Parent or Guardian of                    SCHOOL  Liberty High School  #565
      Kimberley Jacobs                              DATE _____ September 17, 2004 _____ TIME ___ 10:10 AM ___

1.    This is to notify you that before your child, _____ **KIMBERLEY JACOBS** _____

      (Date of Birth  8/29/87)    (Student # 407092) can return to school, a parent conference must be scheduled
      for the following reason(s):

      Dress Code

2.    A conference <u>must</u> be scheduled within three (3) school days to discuss resolution of the problem
      identified above. A student's absence during this period will not be counted toward the maximum number
      of allowed absences. If a parent conference has not been scheduled within three (3) school days,
      absences will be counted toward the maximum number allowed. **The student should accompany the
      parent to the meeting.**

      Please call _____ the Deans' Office _____ Phone No. ___ 799-2270, Ext. 4500 ___
      to arrange an appointment with  Mr. Bellow, Dean of Students

3.    A conference must be scheduled prior to your child's return to school. If a conference is not held within
      the next three (3) school days, your child **may be** formally suspended from school until the problem(s) is
      resolved.

4.    Students on Required Parent Conference are not allowed on a school campus or at any school sponsored
      activity, except to attend the Required Parent Conference meeting with the parent, without the express
      prior permission of the school principal.

### <u>To Be Read To The Student By An Administrator</u>

(Important Please Note: To be read <u>ONLY</u> to students over the age of 8 suspended for violence, battery, selling or attempting
to sell a controlled substance, arson, extortion, robbery, or possession of a weapon.)

      **"As the duly appointed representative of the owner of all school district property, I hereby warn you
      that should you come on this property prior to the parent conference without the express prior
      permission of the principal, you will be trespassing upon this property as defined by the Nevada
      Revised Statute 207.200, and may be subject to arrest for a misdemeanor."**

_____          9/17/04      Effective Time    10:10 AM
      School Administrator's Signature              Date

                                    Received  X  Kimberley Jacobs
                                                      Student's Signature

_____ 9/17/04 _____                Address _____ 11662 Stivali St, Las Vegas, NV 89123 _____
Date Conference Held
                                       Phone _____ 896-2699 _____ Grade ___ 11 ___

                                       Parent notified by phone
_____                                _____
      Readmit - Date/Time                                        Date        Time

Distribution:   White - Student    Yellow - School File    Pink - Parent    Gold - Counselor

*Exhibit 5*

**STUDENT PROGRESS REPORT**
Tuesday, September 28, 2004
TERM 1: SPANISH I P-3

*Jwitt@*
*interact.*
*ccsd.net*

Wittig
CCSD

**Jacobs, Kim (Isabel)**
Overall Grade: 67%  D

**Grade Summary**

| Summary Item | Grade |
|---|---|
| Overall Grade | 67%  D |
| • Category: Homework | 100%  A+ |
| • Category: Participation | 50%  F |
| • Completed Work Avg. | 100%  A+ |
| • Missing Assignments | 0 |

Grade Scale: A+>=97,A>=93,A->=90,B+>=87,B>=83,B->=80,C+>=77,C>=73,C->=70,D>=60,F>=0

**Term 1 Assignments**

| # | Date | Category | Assignment | Score | Grade |
|---|---|---|---|---|---|
| 1 | 9/16 | Participation | Participation Week 1,2 | 20/20 | 100% A+ |
| 2 | 9/16 | Test/Quiz | Prueba 1 | | |
| 3 | 9/21 | Participation | Bell Ringers | 0/10 | 0% F  e mail? |
| 4 | 9/21 | Homework | Homework Check | 20/20 | 100% A+ |
| 5 | 9/23 | Participation | Participation week3 | 0/10 | 0% F |
| 6 | 9/24 | Participation | Pen Pal Letter | | |

**Comments**

Participation - StudySpanish.com

Bell Ringers / Warm-ups by email?

She needs to make-up the Quiz!